UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JAMES DAVID WRIGHT** | **DOCKET NO. 2:24-CV-01682** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN MARTINEZ** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 7], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that the instant petition be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 31st day of October 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE